UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

In Re: ) BK No.: 14-30457
ALBERT M. ROSSINI, )
)
) Chapter: 7
)
) Honorable Eugene Wedoff
)
Debtor(s) )

### Order Dismissing Case

This matter coming on to be heard on the Trustee's Motion to Dismiss, due notice having been given and the Court being fully advised in the premises:

IT IS HEREBY ORDERED  that the Trustee's motion is granted; and

IT IS FURTHER ORDERED that for cause shown this case is dismissed.

Enter:

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated:  December 23, 2014

**Prepared by:**

Steven R. Radtke, Trustee (03124816)
79 West Monroe Street, Suite 1305
Chicago, IL 60603
(312) 346-1935